STATE OF NEW JERSEY v. RONALD M. STEVENS.

May 28, 1980.

Petition for certification denied.

IN THE MATTER OF THE APPLICATION OF LEONARD
LEBOWITZ FOR REINSTATEMENT OF A PROPERTY
CASUALTY INSURANCE BROKER'S LICENSE.

May 28, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. NICOLA DiPRIMA.

May 28, 1980.

Petition for certification denied.